UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00531

**Nathaniel Joseph Denson,**
*Plaintiff,*

v.

**Botie Hillhouse et al.,**
*Defendants.*

# ORDER

Plaintiff Nathaniel Denson, a former inmate at Henderson County Jail proceeding pro se, filed this lawsuit against defendant Botie Hillhouse, among others, pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge John D. Love. The magistrate judge issued a report recommending that defendants' motion for summary judgment be granted and this lawsuit be dismissed with prejudice. Doc. 35. No objections were filed to the magistrate judge's report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants' motion for summary judgment (Doc. 33) is granted and plaintiff's claims are dismissed with prejudice.

*So ordered by the court on August 4, 2021.*

J. CAMPBELL BARKER
United States District Judge